# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAYMEY VOSS,**                                                                                      **PLAINTIFF**
**#213751**

**v.**                               Case No. 4:20-cv-00171-LPR

**DYLAN BERRYMAN,** *et al.*                                                   **DEFENDANTS**

## ORDER

On March 2, 2020, the Court received a Recommended Disposition ("the Recommendation") from United States Magistrate Judge Beth Deere recommending dismissal without prejudice for failure to prosecute. (Doc. 4). Plaintiff Raymey Voss filed an Objection to the Recommendation on March 10, 2020. (Doc. 5). After careful review of the Recommendation and the Objection, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings with one revision.

The Recommendation states that Mr. Voss "alleges that on the night of January 17, 2019, Defendant Berryman shined a flashlight in his face and awakened him for no apparent reason." (Doc. 4 at 2). Mr. Voss does not object to this characterization of his account. However, the Court notes that Mr. Voss's Complaint states, "[o]n January 17, 2019 I put in my First Grievance on OIC Berryman for targeting, intimidating, and harassing me throughout the night shining a Flashlight in my Face and Coming in my cell waking me up For no reason." (Doc. 2 at 7). It seems unlikely that the conduct would have occurred on the same date that the grievance was filed, so it is unclear to the Court on which night, or nights, this conduct occurred. This slight

ambiguity in reading Mr. Voss's Complaint does not preclude the Court from adopting Judge Deere's Recommendation, which is otherwise correct in all other respects. The Court ADOPTS the Recommendation. (Doc. 4). Mr. Voss's claims are DISMISSED without prejudice. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 20th day of March 2020.

                                              UNITED STATES DISTRICT JUDGE