IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RAYMEY VOSS,** **PLAINTIFF**
**#213751**

v. Case No. 4:20-cv-00171-LPR

**DYLAN BERRYMAN,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on March 20, 2020, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE